ANNA DIXON, Respondent, v. ERNEST B. MORRIS et al., as Executors of WILLIAM E. WOOLLARD, Deceased, Appellants.

LOUIS DIXON, Respondent, v. ERNEST B. MORRIS et al., as Executors of WILLIAM E. WOOLLARD, Deceased, Appellants.

Argued October 17, 1944; decided November 22, 1944.

*Michael D. Reilly* and *Ernest B. Morris* for appellants.
*John J. Scully* and *James H. Hyer* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.